UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **FORD MOTOR COMPANY** | : | Civil Action No.: 06-1278(HAA) |
| **Plaintiff,** | : | |
| v. | : | **ORDER** |
| **EDGEWOOD PROPERTIES INC.** | : | |
| **Defendant.** | : | |

This matter having come before the Court on the motion [Dkt. 161] of Edgewood Properties, Inc. to consolidate the above referenced matter with *Edgewood Properties v. J&L Management Corp.*, *et al.*, Civil Action No. 08-774 (HAA); and the Court considering Federal Rule of Civil Procedure 42(a) which authorizes district courts to consolidate actions involving a common question of law or fact; and the Court determining that the cases bearing Civil Action Nos. 06-1278(HAA) and 08-774 (HAA) involve a common question of law and fact; and a district court having broad discretion when deciding whether to consolidate proceedings; and there being no opposition filed thereto; and it appearing further that the parties will not be prejudiced by the consolidation of these actions, as consolidation is a matter of convenience and economy in administration, and does not merge the actions into a single claim or change the parties' rights, *see Bradgate Assocs. v. Fellows, Read & Assocs.*, 999 F.2d 745, 750 (3d Cir. 1993); and Local Civ. R. 42.1 requiring that "[a] motion to consolidate two or more civil cases pending upon the docket of the Court shall be filed in the case bearing the earliest docket number"; and for good cause appearing;

**IT IS THEREFORE** on this 30th day of January, 2009

**ORDERED** that Edgewood's motion to consolidate is hereby granted; and

**IT IS FURTHER ORDERED** that the above captioned action is consolidated with *Edgewood Properties v. J&L Management Corp., et al.*, Civil Action No. 08-774 (HAA); and

**IT IS FURTHER ORDERED** that the above captioned docket number will be the **LEAD ACTION**.

        s/ Esther Salas
        **HONORABLE ESTHER SALAS,**
        **United States Magistrate Judge**